Krsto Mijanovic (Bar No. 205060)
  *kmijanovic@hbblaw.com*
Steven A. Scordalakis (Bar No. 293212)
  *sscordalakis@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant,
BROAN-NUTONE LLC

Alan J. Jang (SBN 83409)
Sally Noma (SBN 264774)
Jang & Associates, LLP
1766 Lacassie Avenue, Suite 200
Walnut Creek, California 94596
Telephone: (925) 937-1400
Facsimile: (925) 937-1414

Attorneys for Plaintiff,
CSAA INSURANCE EXCHANGE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CSAA INSURANCE EXCHANGE, as subrogee of Pedro Casteneda, Maria DeRodriguez, Tongo Inthilath; Andrew & Dena Savage; Audry Ngo,<br><br>           Plaintiff,<br><br>     v.<br><br>BROAN-NUTONE LLC and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No. 2:16-CV-02929-TLN-AC<br><br>**PARTIES' STIPULATION AND REQUEST TO MODIFY THE PRE-TRIAL SCHEDULING ORDER; AND ORDER THEREON**<br><br>Date: TBD<br>Time: TBD<br>Location: TBD<br><br>Honorable Judge Troy L. Nunley<br><br>Trial: June 3, 2019 |

**TO THE HONORABLE COURT**, pursuant to Federal Rule of Civil Procedure 16(b)(4), this Court's Pre-Trial Scheduling Order (ECF No. 6), and Honorable Troy L. Nunley's Standard Information, plaintiff CSAA Insurance Exchange ("Plaintiff"), and Defendant Broan-NuTone LLC ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby

stipulate, agree, and request that the Court modify the Pre-Trial Scheduling Order ("Scheduling Order") (ECF No. 6), for which good cause exists, as follows:

**WHEREAS,** this subrogation action arises from seven separate claims involving Plaintiff's insureds. Plaintiff alleges that each of its insured's properties contained ceiling fans designed and manufactured by Defendant. Plaintiff has asserted causes of action for Strict Product Liability, Failure to Warn, Negligence, Negligent Failure to Recall/Retrofit, and violation of the Consumer Legal Remedies Act of California (Civil Code section 1750, et seq.)

**WHEREAS,** on February 15, 2017, this Court issued its Scheduling Order, setting forth the following deadlines and dates:

| | |
|---|---|
| Completion Of Fact Discovery: | June 29, 2018 |
| Disclosure Of Expert Witnesses: | August 30, 2018 |
| Disclosure Of Rebuttal Expert Witnesses: | September 19, 2018 |
| Last Day To Hear Dispositive Motions: | January 10, 2019 |
| Last Day To File Joint Final Pre-Trial Conference Statement: | March 28, 2019 |
| Final Pre-Trial Conference: | April 4, 2019 |
| Last Day To File Trial Briefs: | May 20, 2019 |
| Trial: | June 3, 2019 |

**WHEREAS,** thereafter, the parties have actively pursued discovery. The Parties have exchanged written discovery and production of documents, subpoenaed records from knowledgeable third-parties, and engaged in good faith efforts to resolve certain discovery disputes in an effort to avoid consuming Court resources, and protracted litigation. In addition, the Parties have taken thirteen (13) depositions, including witnesses to the subject fire(s), responding emergency personnel and investigators, and Plaintiff's and Defendant's Person(s) Most Qualified as to certain topics.

**WHEREAS,** on June 21, 2018, this Court continued the discovery deadline until July 30, 2018. (ECF No. 27.) No other modifications to the Scheduling Order were made.

**WHEREAS,** Defendant will be filing a Motion to Sever with a hearing date in mid-September.

BM07-0000160
12716732.1

2

**WHEREAS,** given the trial date is currently scheduled on June 3, 2019, the Parties believe the Scheduling Order can be modified to extend the deadline to disclose experts and supplemental experts, thus allowing the parties sufficient time to hear the needed motion.

**THEREFORE**, the Parties stipulate, and respectfully request that this Court enter an order so modifying the Scheduling Order (ECF No. 6) as follows, or upon such dates thereafter that are convenient to the Court:

| | |
|---|---|
| Disclosure Of Expert Witnesses: | October 1, 2018 |
| Disclosure Of Rebuttal Expert Witnesses: | October 22, 2018 |
| Last Day To Hear Dispositive Motions: | January 10, 2019 |
| Last Day To File Joint Final Pre-Trial Conference Statement: | March 28, 2019 |
| Final Pre-Trial Conference: | April 4, 2019 |
| Last Day To File Trial Briefs: | May 20, 2019 |
| Trial: | June 3, 2019 |

Dated: August 16, 2018     HAIGHT BROWN & BONESTEEL LLP

By:    /s/ Krsto Mijanovic
       Krsto Mijanovic
       Steven A. Scordalakis
       Attorneys for Defendant
       BROAN-NUTONE LLC

Dated: August 16, 2018     Jang & Associates, LLP

By:    /s/ Sally Noma
       Alan J. Jang
       Sally Noma
       Attorneys for Plaintiff,
       CSAA INSURANCE EXCHANGE

# ORDER

**COME NOW,** the Parties' Stipulation and Request to Modify the Pre-Trial Scheduling Order came before this Court. Having found good cause therein, this Court modifies the Pre-Trial Scheduling Order (ECF No. 6) as follows:

| | |
|---|---|
| Disclosure Of Expert Witnesses: | October 1, 2018 |
| Disclosure Of Rebuttal Expert Witnesses: | October 22, 2018 |
| Last Day To Hear Dispositive Motions: | January 10, 2019 |
| Last Day To File Joint Final Pre-Trial Conference Statement: | March 28, 2019 |
| Final Pre-Trial Conference: | April 4, 2019 |
| Last Day To File Trial Briefs: | May 20, 2019 |
| Trial: | June 3, 2019 |

**IT IS SO ORDERED**

Dated: August 20, 2018

_____
Troy L. Nunley
United States District Judge