Krsto Mijanovic (Bar No. 205060)
  *kmijanovic*@hbblaw.com
Steven A. Scordalakis (Bar No. 293212)
  *sscordalakis*@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant,
BROAN-NUTONE LLC

Alan J. Jang (SBN 83409)
Sally Noma (SBN 264774)
Jang & Associates, LLP
1766 Lacassie Avenue, Suite 200
Walnut Creek, California 94596
Telephone: (925) 937-1400
Facsimile: (925) 937-1414

Attorneys for Plaintiff,
CSAA INSURANCE EXCHANGE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CSAA INSURANCE EXCHANGE, as subrogee of Pedro Casteneda, Maria DeRodriguez, Tongo Inthilath; Andrew & Dena Savage; Audry Ngo,<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE LLC and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:16-CV-02929-TLN-AC<br><br>**PARTIES' STIPULATION AND REQUEST TO CONTINUE PLAINTIFF CSAA INSURANCE EXCHANGE'S MOTION TO COMPEL DEPOSITION OF 30(B)(6) DEPONENT**<br><br>Date: October 31, 2018<br>Time: 10:00 a.m.<br>Courtroom: 26, 8th Floor<br>Judge: Honorable Allison Claire<br><br>Trial: June 3, 2019 |

**TO THE HONORABLE COURT**, plaintiff CSAA Insurance Exchange ("Plaintiff"), and

Defendant Broan-NuTone LLC ("Defendant") (collectively the "Parties"), by and through their

respective counsel of record, hereby stipulate, agree, and request that the Court continue the hearing

1 on Plaintiff's Motion to Compel Deposition of 30(B)(6) Deponent (ECF No. 42), for which good
2 cause exists, as follows:

3     **WHEREAS,** on June 21, 2018, Plaintiff filed its motion to compel the deposition of
4 Defendant's Person Most Knowledgeable. (ECF No. 28.) Thereafter, the Parties came to an
5 informal resolution, and Plaintiff withdrew its motion. (ECF No. 30.)

6     **WHEREAS**, since that time, the Parties have been unable to agree when a deponent must
7 be produced.

8     **WHEREAS**, as a result of this disagreement, on September 26, 2018, Plaintiff renewed its
9 motion to compel the second deposition of Defendant's Person Most Knowledgeable. (ECF No.
10 42.) Plaintiff provided Defendant its final draft Joint-Statement setting forth Plaintiff's position on
11 October 16, 2018. Thereafter, counsel for the Parties met and conferred, whereby counsel for
12 Defendant requested additional time to participate in the drafting of the Joint-Statement. Plaintiff
13 has agreed.

14     **WHEREAS**, as part of the meet and confer efforts, counsel for Defendant called and
15 obtained this Court's availability for continuing the motion. Counsel for defendant was informed
16 that the hearing date of November 14, 2018 was available.

17     **THEREFORE**, the Parties now agree, and request, that this Court continue the hearing on
18 Plaintiff's Motion to Compel the Second Deposition of Defendant's Person Most Knowledgeable
19 (ECF No. 42) until November 14, 2018.

20

21 Dated: October 17, 2018          HAIGHT BROWN & BONESTEEL LLP

22

23                                       By:     /s/ Krsto Mijanovic
24                                              Krsto Mijanovic
                                             Steven A. Scordalakis
25                                              Attorneys for Defendant
                                             BROAN-NUTONE LLC
26

27

28

| | |
|---|---|
| Dated: October 17, 2018 | Jang & Associates, LLP |

By:     /s/ Sally Noma
        Alan J. Jang
        Sally Noma
        Attorneys for Plaintiff,
        CSAA INSURANCE EXCHANGE

# [~~PROPOSED~~] ORDER

**COME NOW,** the Parties' Stipulation and Request to Continue the Hearing on Plaintiff's Motion to Compel the Deposition of 30(B)(6) Deponent came before the Court. Having found good cause, this Court continues the hearing on the motion (ECF No. 42) until November 14, 2018.

**IT IS SO ORDERED**

Dated: October 18, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE