1  Krsto Mijanovic (Bar No. 205060)
     *kmijanovic*@hbblaw.com
2  Steven A. Scordalakis (Bar No. 293212)
     *sscordalakis*@hbblaw.com
3  HAIGHT BROWN & BONESTEEL LLP
   555 South Flower Street, Forty-Fifth Floor
4  Los Angeles, California 90071
   Telephone:  213.542.8000
5  Facsimile:  213.542.8100

6  Attorneys for Defendant,
   BROAN-NUTONE LLC
7
   Alan J. Jang (SBN 83409)
8  Sally Noma (SBN 264774)
   Jang & Associates, LLP
9  1766 Lacassie Avenue, Suite 200
   Walnut Creek, California 94596
10 Telephone:  (925) 937-1400
   Facsimile:  (925) 937-1414
11
   Attorneys for Plaintiff,
12 CSAA INSURANCE EXCHANGE

13

14            **UNITED STATES DISTRICT COURT**

15   **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

16

17  CSAA INSURANCE EXCHANGE, as          Case No. 2:16-CV-02929-TLN-AC
    subrogee of Pedro Castaneda, Maria
    DeRodriguez, Tongo Inthilath; Andrew &   **PARTIES' THIRD STIPULATION AND**
18  Dena Savage; Audry Ngo,                  **REQUEST TO MODIFY THE PRE-**
                                             **TRIAL SCHEDULING ORDER; AND**
19             Plaintiff,                    **ORDER THEREON**

20        v.                                 Date:  TBD
                                             Time:  TBD
21  BROAN-NUTONE LLC and DOES 1 through      Location:  TBD
    50, inclusive,
22                                           Honorable Judge Troy L. Nunley
               Defendants.
23                                           Trial:  June 3, 2019

24

25

26         **TO THE HONORABLE COURT**,  pursuant to Federal Rule of Civil Procedure 16(b)(4),

27  this Court's Pre-Trial Scheduling Order (ECF No. 6), and Honorable Troy L. Nunley's Standard

28  Information, plaintiff CSAA Insurance Exchange ("Plaintiff"), and Defendant Broan-NuTone LLC

("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate, agree, and request that the Court modify the Pre-Trial Scheduling Order ("Scheduling Order") (ECF No. 6), for which good cause exists, as follows:

**WHEREAS,** this subrogation action arises from seven separate claims involving Plaintiff's insureds. Plaintiff alleges that each of its insured's properties contained ceiling fans designed and manufactured by Defendant. Plaintiff has asserted causes of action for Strict Product Liability, Failure to Warn, Negligence, Negligent Failure to Recall/Retrofit, and violation of the Consumer Legal Remedies Act of California (Civil Code section 1750, et seq.).

**WHEREAS,** on February 15, 2017, this Court issued its Scheduling Order.

**WHEREAS,** thereafter, the Parties have actively pursued discovery. The Parties have exchanged written discovery and production of documents, subpoenaed records from knowledgeable third-parties, and engaged in good faith efforts to resolve certain discovery disputes in an effort to avoid consuming Court resources, and protracted litigation. In addition, the Parties have taken thirteen (13) depositions, including witnesses to the subject fire(s), responding emergency personnel and investigators, and Plaintiff's and Defendant's Person(s) Most Qualified as to certain topics.

**WHEREAS,** on June 21, 2018, this Court continued the discovery deadline until July 30, 2018. (ECF No. 27.)

**WHEREAS**, on August 21, 2018, pursuant to the Parties' First Stipulation and Request to Modify the Scheduling Order, this Court modified the Scheduling Order and continued the deadline to disclose experts and supplemental experts. (ECF No. 33.)

**WHEREAS,** Defendant filed its second Motion to Sever and Dismiss Plaintiff's Claims, which was set for October 4, 2018; and Plaintiff filed its Motion for Leave to File its Second-Amended Complaint, which was set for the same day (the "Parties' Motions"). (ECF Nos. 34 and 35.)

**WHEREAS,** on September 25, 2018, pursuant to the Parties' Second Stipulation and Request to Modify the Scheduling Order, this Court modified the Scheduling Order and continued the deadline to disclose experts and supplemental experts, as well as the last day to hear dispositive

motions, to allow the Court sufficient time to hear the Parties' Motions.  The Court ordered as follows:

| | |
|---|---|
| Disclosure Of Expert Witnesses: | October 25, 2018 |
| Disclosure Of Rebuttal Expert Witnesses: | November 15, 2018 |
| Last Day To Hear Dispositive Motions: | February 7, 2019 |
| Last Day To File Joint Final Pre-Trial Conference Statement: | March 28, 2019 |
| Final Pre-Trial Conference: | April 4, 2019 |
| Last Day To File Trial Briefs: | May 20, 2019 |
| Trial: | June 3, 2019 |

(ECF No. 41.)

**WHEREAS,** on September 27, 2018, this Court took the Parties' Motions under submission, and vacated the hearings thereon.  (ECF No. 45.)

**WHEREAS,** on October 25, 2018, the  Parties disclosed experts.  The Parties now desire to engage in mediation in an effort to resolve this matter prior to disclosing supplemental experts. With a trial date of June 3, 2019, the Parties believe that good cause exists to modify the Scheduling Order as proposed.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

Haight

**THEREFORE,** the Parties request the Court modify the Scheduling Order as follows:

| | |
|---|---|
| Disclosure Of Rebuttal Expert Witnesses: | November 29, 2018 |
| Last Day To Hear Dispositive Motions: | February 21, 2019 |
| Last Day To File Joint Final Pre-Trial Conference Statement: | March 28, 2019 |
| Final Pre-Trial Conference: | April 4, 2019 |
| Last Day To File Trial Briefs: | May 20, 2019 |
| Trial: | June 3, 2019 |

Dated:  November 9, 2018            HAIGHT BROWN & BONESTEEL LLP


By:       /s/ Krsto Mijanovic
          Krsto Mijanovic
          Steven A. Scordalakis
          Attorneys for Defendant
          BROAN-NUTONE LLC


Dated:  November 9, 2018            Jang & Associates, LLP


By:       /s/  Sally Noma
          Alan J. Jang
          Sally Noma
          Attorneys for Plaintiff,
          CSAA INSURANCE EXCHANGE

Haight

1                                **<u>ORDER</u>**

2          **COME NOW,** the Parties' Third Stipulation and Request to Modify the Pre-Trial

3 Scheduling Order came before this Court. Having found good cause therein, this Court modifies

4 the Pre-Trial Scheduling Order (ECF No. 6) as follows:

5         Disclosure Of Rebuttal Expert Witnesses:                 November 29, 2018

6         Last Day To Hear Dispositive Motions:                   February 21, 2019

7         Last Day To File Joint Final Pre-Trial Conference Statement:   March 28, 2019

8         Final Pre-Trial Conference:                             April 4, 2019

9         Last Day To File Trial Briefs:                         May 20, 2019

10        Trial:                                          June 3, 2019

11 **IT IS SO ORDERED**

12

13 Dated: November 9, 2018

14

15

16                                     Troy L. Nunley
                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28